1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          No. CV A 10-6656
12                  Plaintiff,
13          vs.                        CONSENT JUDGMENT
14 GERALD W. MILLER,
15                  Defendant

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Gerald W. Miller, in
20 the principal amount of $1,242.81 plus interest accrued to
21 August 2, 2010, in the sum of $1,847.74; with interest
22 accruing thereafter at 9% annually until entry of judgment,
23 for a total amount of $3,090.55.

25 DATED: 9/21/2010              By: TERRY NAFISI
                                      Clerk of the Court

                                      *Yvette Lewis* (signature)
                                      Deputy Clerk
                                      United States District Court

Page 5